# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          CASE NO. 25-10016-01-06-EFM

**RAASHAD ROBINSON et al.,**

      **Defendants.**

### ORDER DESGINATING CASE AS COMPLEX AND TOLLING SPEEDY TRIAL

NOW on this 19th day of March, 2025, the above-entitled matter comes before the Court upon the motion of the United States of America, by and through Katherine J. Andrusak and Lanny D. Welch, Assistant United States Attorneys for the District of Kansas for an Order designating the case as complex and unusual. (Doc. 60). The United States submitted this motion as a request to set a status hearing to establish deadlines for discovery, plea negotiations, the filing of motions and responses, and to establish a trial date. The United States requests that the Court designate the time as excludable time under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

The parties represent the following as factors which justify a finding that this is an unusual and complex case:

1. There are six defendants in this case as well as multiple other individuals involved in the underlying facts of this case. This case includes numerous alleged discrete criminal acts making up the larger charged conspiracy.

2. Discovery in this case is significant and involves numerous large content phone downloads as well as pole camera footage for multiple locations. The United States is working to provide discovery to the defendant as quickly as possible and anticipates the discovery provided to be approximately 400GB without the pole camera footage and approximately 10TB of pole camera footage. The review of this discovery will be time consuming for defense counsel to review, organize, and digest the materials in a meaningful way within the normal time limits imposed by 18 U.S.C. § 3161.

3. It is anticipated that defense counsel may file motions within this case. The completion of these motions, and United States' responses, will require time consuming preparation and research for everyone involved.

4. The defendants are entitled to reasonable time for effective preparation. 18 U.S.C. § 3161 (h)(7)(B)(iv). The United States respectfully requests this Court to find that it would be unreasonable to expect adequate preparation for pretrial proceedings, and the trial itself, within the normal time limits.

**IT IS THEREFORE ORDERED** that the United States Unopposed Motion to Designate Case Complex (Doc. 60) is GRANTED. This case is declared complex for the purposes of the Speedy Trial Act and due to the above noted factors, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and this case will proceed outside the normal

time limits imposed by 18 U.S.C. § 3161(c).  Per the Pretrial and Criminal Case Management Order, Doc. 59, a status hearing is set for May 5, 2025.  At that time the Court will discuss setting up a schedule for discovery, filing of motions and responses, pretrial hearing and continuance of jury trial if required.

    IT IS SO ORDERED.

_____
HONORABLE ERIC F. MELGREN
Chief United States District Judge
District of Kansas

3